UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BELMONT TRADING CO., INC., | ) ) ) ) Case No. ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| WHITESTONE COMMUNICATIONS GROUP, LLC, a/k/a WHITESTONE COMMUNICATIONS, INC., | |
| Defendant. | |

## COMPLAINT

NOW COMES Plaintiff, BELMONT TRADING CO., INC. ("Belmont"), by and through its attorneys, Enterprise Law Group, LLP, and complains of Defendant, WHITESTONE COMMUNICATIONS GROUP, LLC ("Whitestone"), as follows:

### PARTIES

1. Belmont is an Illinois corporation with its principal place of business in Buffalo Grove, Illinois.

2. Whitestone is a New York limited liability company with its principal place of business in New York, New York.

3. Belmont is informed and believes and thereon alleges that Whitestone also operates using the name Whitestone Communications, Inc.

### JURISDICTION, VENUE AND STATEMENT OF CLAIMS

4. This Court has subject matter jurisdiction over the claims alleged in this Complaint pursuant to 28 U.S.C. 1332(a), as the amount in controversy exceeds $75,000.00, and Belmont does not share a state of citizenship with the Defendant.

5. Venue is proper in this Court under 28 U.S.C. §1391, as a substantial part of the activities giving rise to the claims alleged in this complaint occurred in the Northern District of Illinois.

6. Plaintiff's claims are for breach of contract and breach of warranty under Illinois law.

## GENERAL ALLEGATIONS IN SUPPORT OF PLAINTIFF'S CLAIMS

7. On or about May 26, 2015, Belmont and Whitestone entered into a contract whereby Belmont agreed to purchase 33,700 CDMA Handsets from Whitestone in exchange for $77,510.00 (the "Contract").

8. The terms of the Contract were principally negotiated, on behalf of Belmont, by Belmont's employees in Illinois.

9. The terms of the Contract were stated on Whitestone's Invoice #101009WSC. The invoice is attached to this Complaint as Exhibit A.

10. The Contract included the following terms, among others:

   a. Whitestone would provide 33,700 mixed, used, CDMA Handsets;
   b. Between 70% - 80% of the CDMA Handsets would include a battery and back cover;
   c. Whitestone provided a 30-day return warranty if the CDMA Handsets did not meet the description in the Contract;
   d. Whitestone would provide the CDMA Handsets for pickup or delivery by June 5, 2015;
   e. Belmont was required to prepay $77,510.00 by wire transfer prior to release of the CDMA Handsets.

11. On or about May 28, 2015, Belmont made payment in full pursuant to the Contract, by wire transfer to Whitestone in the amount of $77,510.00.

12. On or about May 28, 2015, Belmont entered into a contract with Galaxy Telecom (HK) Ltd., a disinterested third party, to re-sell the 33,700 CDMA Handsets for $131,430.00. A copy of the invoice to Galaxy Telecom (HK) Ltd. is attached hereto as Exhibit B.

13. As of June 5, 2015, Whitestone did not make the CDMA Handsets available for pickup or delivery to Belmont.

14. Whitestone did not make the CDMA Handsets available for pickup or delivery to Belmont until June 23, 2015.

15. Belmont notified Whitestone that the failure to deliver the CDMA Handsets on June 5, 2015, was a material breach of the Contract.

16. On or about June 25, 2015, Belmont and Whitestone agreed that Belmont would purchase the 33,700 CDMA Handsets with delivery on June 26, 2015, but otherwise pursuant to the terms of the Contract.

17. On or about June 26, 2015, boxes from Whitestone containing CDMA Handsets were delivered to Belmont's warehouse in Buffalo Grove, Illinois, from Whitestone's facility in Pennsylvania.

18. Upon inspection of the boxes provided by Whitestone, Belmont discovered the following material non-conformance regarding the CDMA Handsets:

   a. The boxes contained only 30,801 CDMA Handsets, not 33,700 (a variance of 8.6%);
   b. Only 26 of the CDMA Handsets contained batteries (less than 1%), not the 70% - 80% required by the Contract;
   c. Fewer than 1,000 of the CDMA Handsets contained backs (less than 4%), not the 70% - 80% required by the Contract.

19. On July 16, 2015, Belmont contacted Whitestone to notify them that the CDMA Handsets did not conform to the terms of the Contract, that the non-conformance was a material breach, and that Belmont was executing its option to return the CDMA Handsets pursuant to the

30-day warranty provision in the Contract. A copy of the email sent by Belmont to Whitestone is attached hereto as Exhibit C.

20. Whitestone has refused, and continues to refuse to accept return of the CDMA Handsets.

21. Whitestone has refused, and continues to refuse to refund the monies paid to it by Belmont.

## COUNT I – BREACH OF CONTRACT

22. Plaintiff realleges and incorporates paragraphs 1 through 21 of this Complaint as though fully set forth herein.

23. The Contract, entered into on or about May 26, 2015, between Belmont and Whitestone was a valid contract.

24. Belmont performed all of its obligations under the contracts by paying $77,510.00 to Whitestone by wire transfer on May 28, 2015.

25. The failure by Whitestone to deliver the CDMA Handsets on or before June 5, 2015, was a material breach of the Contract.

26. The non-conformance of the CDMA Handsets delivered on or about June 26, 2015, to the terms of the Contract was a material breach of the Contract.

27. The refusal of Whitestone to accept the return of the CDMA Headsets pursuant to the warranty in the Contract, and the refusal to refund the monies paid by Belmont, are material breaches of the contract.

28. Belmont was damaged by Whitestone's breaches of the Contract.

29. Whitestone is liable to Belmont for the amount paid under the Contract of $77,510.00 plus the costs of this suit.

30. Due to Whitestone's material breaches of the Contract with Belmont, Belmont could not perform its obligations under its contract with Galaxy Telecom (HK) Ltd., resulting in a loss to Belmont of $53,920.00.

31. Whitestone is liable to Belmont for the lost profit Belmont would have realized on its contract with Galaxy Telecom (HK) Ltd.

WHEREFORE, Plaintiff, Belmont Trading Co., Inc., prays that judgment be entered in its favor and against the Defendant, Whitestone Communications Group, LLC, in the amount of $131,430.00, plus fees and costs, and such other and further relief that this Honorable Court finds to be just and equitable.

## COUNT II – BREACH OF WARRANTY

32. Plaintiff realleges and incorporates paragraphs 1-31 of this Complaint as though fully set forth herein.

33. The CDMA Handsets sold to Belmont are goods under Article 2 of the Uniform Commercial Code, 810 ILCS 5/1-101, *et seq*.

34. Belmont relied on Whitestone's description of the CDMA Handsets, and the 30-day return clause in the Contract when Belmont agreed to purchase the CDMA Handsets.

35. The failure of Whitestone to deliver the amount of CDMA Handsets stated in the Contract was a breach of the express warranty in the Contract.

36. That less than one percent (1%) of the CDMA Handsets delivered contained batteries was a breach of the express warranty in the Contract.

37. That less than four percent (4%) of the CDMA Handsets delivered contained backs was a breach of the express warranty in the Contract.

38. Belmont was damaged because the CDMA Handsets did not meet the specifications as warranted by Whitestone in the Contract.

39. Whitestone's refusal to accept return of the CDMA Handsets and to refund monies paid to it by Belmont was a breach of the express warranty in the Contract.

40. Belmont was damaged by Whitestone's refusal to accept return of the CDMA Handsets and to refund monies paid to it by Belmont.

41. Whitestone is liable to Belmont for the ordinary, incidental, and consequential damages resulting from Whitestone's breaches of the express warranties in the Contract.

WHEREFORE, Plaintiff, Belmont Trading Co., Inc., prays that judgment be entered in its favor and against the Defendant, Whitestone Communications Group, LLC, in the amount of $131,430.00, plus fees and costs, and such other and further relief that this Honorable Court finds to be just and equitable.

Respectfully submitted,

BELMONT TRADING CO., INC.

By: /s/ Jon K. Stromsta
    Jon K. Stromsta (#6190161)
    Brett Scheive (#6300777)
    ENTERPRISE LAW GROUP, LLP
    150 S. Wacker Dr., Ste. 1600
    Chicago, IL 60606
    Phone: 312-578-0200
    Facsimile: 312-578-0202
    E-Mail: jstromsta@enterpriselg.com
    COUNSEL FOR PLAINTIFF

# EXHIBIT A

# Invoice

Whitestone Communications
405 lexinton Ave
NY, NY 10174



| Date | Invoice # |
|---|---|
| 5/26/2015 | 101009WSC |

**Bill To**
Belmont Trading Co., Inc.
900 Corporate Grove Drive
Buffalo Grove
IL 60089

**Ship To**
Belmont Trading Co., Inc.
900 Corporate Grove Drive
Buffalo Grove, IL 60089

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| VerbleTomWillig | Pre-Pay | JER | 6/5/2015 | Customer Pick... | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 33,700 | CDMA HSO | mixed unsorted CDMA Handsets USED (handsets) | 2.30 | 77,510.00 |
| | | 70%-80% battery and back cover; | | |
| | | Mixed cosmetics Grades A/B/C Handsets are randomly check | | |
| | | for Good Power up good LCD (High % pasted) | | |
| | | Terms - Prepay - wire transfer in full prior to release of item(s) | | |
| | | To be paid in full upon receiving Invoice. | | |
| | | Buyer is responsible for all shipping costs in full | | |
| | | SHIPPING : SHIPPING LABEL to be sent Via Email to | | |
| | | johnreilly46@gmail.com prior to release of product. | | |
| | | Total Weight and Pallet dimensions will be provide. WSCG | | |
| | | Warehouse - 1045 Bridge Rd, Skippack PA | | |
| | | WARRANTY - 30 DAY upon to Belmont Trading Corp | | |
| | | location Receiving (customer); Return if product dose not meet | | |
| | | above description RMA Required on all return(s) | | |
| | | at the customers expense - Sale is finial and ASIS | | |
| | | WIRE TRANSFER INFORMATION | | |
| | | BANK: TD BANK | | |
| | | 620 ROUTE 25A | | |
| | | MT SINAI NEW YORK | | |
| | | 11766 | | |
| | | BENEFICIARY: WHITESTONE COMMUNICATIONS | | |
| | | GROUP LLC. | | |
| | | ACCOUNT NUMBER: 4315762355 | | |
| | | ABA/ROUTING NUMBER: 026013673 | | |
| | | Whitestone Communications Group, LLC. | | |
| | | The Chrysler Building 405 Lexington Avenue New York, NY | | |
| | | 10174-0700 | | |

**Total**

Page 1

# Invoice

Whitestone Communications
405 lexinton Ave
NY, NY 10174

Whitestone
Communications, Inc.

| Date | Invoice # |
|---|---|
| 5/26/2015 | 101009WSC |

| Bill To | Ship To |
|---|---|
| Belmont Trading Co., Inc.<br>900 Corporate Grove Drive<br>Buffalo Grove<br>IL 60089 | Belmont Trading Co., Inc.<br>900 Corporate Grove Drive<br>Buffalo Grove, IL 60089 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| VerbleTomWillig | Pre-Pay | JER | 6/5/2015 | Customer Pick... | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | BY ACCEPTING THIS INVOICE VIA EMAIL AND/OR A PAYMENT MADE TO WHITESTONE COMMUNICATIONS GROUP, LLC; THIS INVOICE WILL SUPERCEDE ALL OTHER AGREEMENTS IN WRITING INCLUDING BUT NOT LIMITED TO ALL PURCHASE ORDER(S) AND/OR all other DOCUMENTATION(S) AND ALL ELECTRONIC TRANSMITTANCE, COMMUNICATIONS | | |
| | | **Total** | | $77,510.00 |

Page 2

# EXHIBIT B



| | | Invoice No. | 197621 |
|---|---|---|---|

**INVOICE**

900 Corporate Grove Drive
Buffalo Grove, IL 60089
847-412-9690

| Customer | | Misc | |
|---|---|---|---|
| Name | Galaxy Telecom (HK) Ltd. | Date | 28-May-2015 |
| Address | Room 15-22, 26/F | Order No. | |
| | No 1 Hung To Road | Terms | Wire in Advance |
| City | Hong Kong, Kowloon | Rep | Sam Lo |
| Phone | 852.2343.4400 | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 33700 | Low end CDMA phones | $3.90 | $131,430.00 |
| | | Subtotal | $131,430.00 |
| | | Shipping | |
| | | TOTAL | $131,430.00 |

Payment

Comments
Name
CC #
Expires

Office Use Only

# EXHIBIT C

## Joe Morrow

| | |
|---|---|
| From: | Joe Morrow |
| Sent: | Thursday, July 16, 2015 9:34 AM |
| To: | 'John E Reilly' |
| Cc: | Alex Yorish; Tom Willig; 'James Reilly'; 'Gus Semertgis' |
| Subject: | 101009WSC | RMA Request |
| Importance: | High |

John –

We recently completed our receipt inspection of the 33,700 CDMA Phones that were delivered earlier this month on your sales invoice #101009WSC and our PO #14644.

Our inspection results were as follows:

| | Actual | Anticipated | Difference Count | % |
|---|---|---|---|---|
| Total Phones Received | 30,801 | 33,700 | 2,899 | 8.6% |
| Total Devices With Batteries | 26 | 70-80% | 25275 | 99.9% |
| Total Devices with Backs | <1,000 | 70-80% | 25275 | 96.0% |

*[handwritten notes: "- Batteries - 3 phones - 6000 (25,000) split 46,000"]*

As you can see there is a modest discrepancy in device count (<9%) but a major discrepancy in the backs (96%) and batteries (99.9%).

As a result of these material discrepancies we would like to execute the RMA option to return the devices (at our expense) under the 30 Day Warranty provision contained in your sales invoice.

If you have any questions please do not hesitate to contact me.

*[handwritten: "Attempt to return"]*

Sincerely,

Joe

Joe Morrow
President, Mobility Solutions
Belmont Trading Co., Inc. 900 Corporate Grove Drive, Buffalo Grove, IL 60089
*ISO 9001, ISO 14001, OHSAS 18001, Responsible Recycling© (R2)*
(T) 847-412-9690 ext. 320 | (F) 847-412-9816 | (C) 734-604-6119
joem@belmont-trading.com www.belmont-trading.com
This message contains information which may be confidential. Unless you are the addressee, you may not use, copy, or disclose this message to anyone. If you have received this message in error, please advise me

1

STATE OF ILLINOIS   )
                                 ) SS:
COUNTY OF LAKE     )

### VERIFICATION BY CERTIFICATION

Under penalties as provide by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies the statements set forth in this Complaint are true and correct, except as to such matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that be believes the same to be true.

_Steven Henrickson_

Title: Chief Financial Officer

SUBSCRIBED and SWORN
to me before this __8__ day of
October, 2015

OFFICIAL SEAL
RICHARD CHANNEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXP. 01/22/2018

_____
Notary Public